ARCHIE SCHWARTZ COMPANY v. ROBERT C. WALTHER, ET AL.

February 23, 1988.

Petition for certification granted.

COS–LIN INC. v. SPRING LAKE BOROUGH, MAYOR AND COUNCIL OF THE BOROUGH OF SPRING LAKE.

February 23, 1988.

Petition for certification denied.   (See 221 *N.J.Super.* 148)

MARY CATHERINE LUNDIN v. REED DION LUNDIN.

February 29, 1988.

Petition for certification denied.

CHARLES J. MOREL, JR., ETC., ET AL. v. PETER W. KERO, ET AL.

February 29, 1988.

Petition for certification denied.